IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00638-CMA-BNB

ARKANSAS RIVER POWER AUTHORITY,

Plaintiff,

v.

BABCOCK & WILCOX POWER GENERATION GROUP, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Plaintiff's Unopposed Motion for Extension of Time to Submit Reply in Support of Motion to Compel Further Responses to Discovery** [docket no. 52, filed November 24, 2014] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and plaintiff may reply to its Motion to Compel [35] on or before **December 8, 2014**.

DATED:  November 25, 2014