## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00638-CMA-NYW

ARKANSAS RIVER POWER AUTHORITY,

    Plaintiff,

v.

BABCOCK & WILCOX POWER GENERATION GROUP, INC.,

    Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the Court on the Stipulated Joint Motion to Extend Deadlines ("Stipulated Joint Motion"). [#65 filed February 20, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated May 13, 2014 [#19] and memorandum dated February 24, 2015 [#67].

    IT IS ORDERED that the Stipulated Motion is GRANTED:

1. Rebuttal expert disclosures are due on or before **March 23, 2015**;

2. Expert discovery is due on or before **April 14, 2015**; and

3. The deadline to complete fact discovery is extended to **April 3, 2015** for the sole purpose of deposing Kelvin Moore.

DATED:  February 25, 2015