**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00638-CMA-NYW

ARKANSAS RIVER POWER AUTHORITY,

    Plaintiff,

v.

BABCOCK & WILCOX POWER GENERATION GROUP, INC.,

    Defendant.

**MINUTE ORDER**

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the Court on the Unopposed Motion to Restrict Access to Certain Exhibits to Motion to Amend Complaint and Jury Demand ("Unopposed Motion to Restrict"). [#40, filed October 24, 2014]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated May 13, 2014 [#19] and memorandum dated October 27, 2015 [#41].

    IT IS ORDERED that the Unopposed Motion is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.2(c)(2)-(4).

DATED: March 9, 2015