**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00638-CMA-NYW

ARKANSAS RIVER POWER AUTHORITY,

    Plaintiff,

v.

BABCOCK & WILCOX POWER GENERATION GROUP, INC.,

    Defendant.

---

### MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the Court on Defendant's Motion for Permission to File Surreply Opposing Motion to Compel (the "Motion"). [#73, filed March 12, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated May 13, 2014 [#19] and memorandum dated March 13, 2015 [#74].

    IT IS ORDERED that the Motion is GRANTED, Defendant may file the proposed document designated on the docket as No. 73-1.

DATED: March 13, 2015