IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00638-CMA-NYW | Date: | March 18, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| ARKANSAS RIVER POWER AUTHORITY, | *Scott Thomas Rodgers* |
| | *Craig Norris Johnson* |
| **Plaintiff,** | |
| **Counter Defendant,** | |
| v. | |
| BABCOCK & WILCOX POWER GENERATION GROUP, INC., | *John Michael Bowlin* |
| | *Thomas Clay Bell* |
| **Defendant,** | |
| **Counter Claimant.** | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

Court in Session: 1:39 p.m.

Appearance of counsel. Mr. Rick Rigel appears for Plaintiff.

Discussion held on Stipulated Joint Motion to Restrict Access [71] filed March 11, 2015.

> **ORDERED: Stipulated Joint Motion to Restrict Access [71] is GRANTED. Exhibits 82, 112, 115 and 128 [docket numbers 39-3, 39-4, 39-6, 39-7] are restricted to Level 1 access.**

Argument held on the Motion to Amend Complaint and Jury Demand [39] filed on October 24, 2014.

For the reasons stated on the record, it is

**ORDERED: Motion to Amend Complaint and Jury Demand [39] is GRANTED. The Clerk of the Court is directed to accept the First Amended Complaint and Jury Demand [39-1] for filing.**

Argument held on the Motion to Compel Further Responses to Discovery [35] filed on October 21, 2014.

For the reasons stated on the record, it is

**ORDERED: Motion to Compel Further Responses to Discovery [35] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Argument held on the Motion to Quash Defendant's Fed.R.Civ.P 30(b)(6) Notice of Deposition and for Protective Order [60] filed on January 30, 2015.

For the reasons stated on the record, it is

**ORDERED: Motion to Quash Defendant's Fed.R.Civ.P 30(b)(6) Notice of Deposition and for Protective Order [60] is TAKEN UNDER ADVISEMENT. Parties shall meet and confer to limit the items at issue. Separate order to issue.**

**ORDERED: Parties shall file a joint status report on or before March 23, 2015, discussing what issues are agreed to with respect to the topics for a Rule 30(b)(6) deposition and what, if any, issues remain. The Parties are also directed to identify any issues with the two additional fact depositions that they seek to take.**

**ORDERED: Babcock & Wilcox Power Generation Group, Inc.'s Motion to Amend Scheduling Order [42] is GRANTED IN PART. The discovery deadline, dispositive motion deadline, pretrial order deadline, and final pretrial conference are vacated and shall be reset after the status report is filed.**

Court in recess: 3:22 p.m.     Hearing concluded.     Total time in court:  01:43