IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00638-CMA-NYW | Date: | May 27, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| ARKANSAS RIVER POWER AUTHORITY, | *Scott Thomas Rodgers* |
| | *Craig Norris Johnson* |
| **Plaintiff,** | |
| **Counter Defendant,** | |
| v. | |
| BABCOCK & WILCOX POWER GENERATION GROUP, INC., | *Benjamin Blake Strawn* |
| | *Thomas Clay Bell* |
| **Defendant,** | |
| **Counter Claimant.** | |

**COURTROOM MINUTES/ MINUTE ORDER**

**MOTION HEARING**

Court in Session: 10:02 a.m.

Appearance of counsel.

Discussion and argument held on the Defendant's Motion to Compel Deposition Testimony and Production of Documents [87] filed on April 15, 2015.

For the reasons stated on the record, it is

**ORDERED: Defendant's Motion to Compel Deposition Testimony and Production of Documents [87] is TAKEN UNDER ADVISEMENT.**

Discussion regarding additional discovery dispute between Parties regarding design standards.

**ORDERED: Parties will meet and confer, and utilize the court's informal discovery process, before the filing of a formal motion related to the issue.**

Court in recess: 11:01 a.m.    Hearing concluded.    Total time in court:  00:59

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.