IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00638-CMA-NYW | Date: | September 9, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| ARKANSAS RIVER POWER AUTHORITY, | *Craig Norris Johnson* |
| **Plaintiff,** **Counter Defendant,** | |
| v. | |
| THE BABCOCK & WILCOX COMPANY, | *Benjamin Blake Strawn* |
| **Defendant,** **Counter Claimant,** | |
| & | |
| SYNCORA GUARANTEE INC., | *Matthew Joseph Borger* |
| **Interested Party.** | |

**COURTROOM MINUTES/ MINUTE ORDER**

**MOTION HEARING**

Court in Session:  3:42 p.m.

Appearance of counsel.

Discussion and argument held on Non-Party Syncora Guarantee Inc.'s Motion for Protective Order [108] filed July 21, 2015.

**ORDERED: Non-Party Syncora Guarantee Inc.'s Motion for Protective Order [108] is TAKEN UNDER ADVISEMENT. Written order to issue.**

Court in recess: 4:11 p.m.          Hearing concluded.          Total time in court:  00:29

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.