IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 14-cv-00638-CMA-NYW | Date: | November 2, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| ARKANSAS RIVER POWER AUTHORITY, | *Scott Thomas Rodgers* |
| | *Craig Norris Johnson* |
| **Plaintiff,** | |
| **Counter Defendant,** | |
| v. | |
| THE BABCOCK & WILCOX COMPANY, | *Andrea Wang* |
| | *Thomas Clay Bell* |
| **Defendant,** | |
| **Counter Claimant,** | |
| & | |
| SYNCORA GUARANTEE INC., | |
| **Interested Party.** | |

**COURTROOM MINUTES/ MINUTE ORDER**

**MOTION HEARING**

Court in Session: 3:29 p.m.

Appearance of counsel.

Discussion and argument held on Plaintiff's Motion to Strike Defendant's Disclosure of Non-Retained Experts [122] filed September 4, 2015.

**ORDERED: Plaintiff's Motion to Strike Defendant's Disclosure of Non-Retained Experts [122] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Discussion and argument held on ARPA's Motion to Compel Production of Design Standards [128] filed September 17, 2015.

**ORDERED: ARPA's Motion to Compel Production of Design Standards [128] is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Court in recess: 4:41 p.m.          Hearing concluded.          Total time in court:  01:12

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.