**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00638-CMA-NYW

ARKANSAS RIVER POWER AUTHORITY,

    Plaintiff/Counter Defendant,

v.

THE BABCOCK & WILCOX COMPANY,
f/k/a BABCOCK & WILCOX POWER GENERATION GROUP, INC.,

    Defendant/Counter Claimant.

---

**AMENDED FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

PURSUANT to and in accordance with the Order on Post Trial Motions Nos. 302, 303, and 324 (Doc. No. 334) entered by the Honorable Christine M. Arguello on July 21, 2017, it is

ORDERED that Defendant B&W's Renewed Motion for Judgment as a Matter of Law (Doc. No. 303) is DENIED.   It is

FURTHER ORDERED that Defendant's Objection to Taxation of Costs (Doc. No. 324) is OVERRULED.   It is

FURTHER ORDERED that Plaintiff' ARPA's Motion to Amend Judgment for Pre- and Post-Judgment Interest (Doc. No. 302) is GRANTED.   It is

FURTHER ORDERED that 8.0%, per annum, shall apply as follows:

    a.    commencing on November 30, 2007, and ending on November 21, 2016, for the $2.19 million award (First Breach);

    b.    commencing on November 30, 2007, and ending on November 21, 2016, for the $1.0 million award (Third Breach); and

    c.    commencing on August 9, 2011, and ending on November 21, 2016, for the $1.0 million award (Second Breach).   It is

FURTHER ORDERED that post-judgment interest is awarded at the prevailing federal rate of 0.77% beginning on November 21, 2016.

DATED: July 21, 2017.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                        By:  s/  S. West
                                S. West, Deputy Clerk